IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO.  07-30032-01-GPM |
| ) | |
| LASHONDA T. WALKER, ) | |
| ) | |
| Defendant. ) | |

# ORDER AND NOTICE OF SENTENCING

**MURPHY, Chief District Judge:**

Defendant **LASHONDA T. WALKER** pleaded guilty to Count(s) 1 of the Indictment, and no objections have been filed to the Report and Recommendation of the United States Magistrate Judge.  A Presentence Investigation Report is ordered.  The Court will defer a decision on acceptance of the plea of guilty and any plea agreement pending review of the Presentence Investigation Report.

Sentencing is scheduled for **October 29, 2007 at 8:00 AM at the E. St. Louis, Illinois Courthouse**.

**IT IS SO ORDERED.**

DATED:  August 21, 2007

 S/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge